M. P. No. 75-112. CITY OF CRANSTON *v.* JOHN J. HALL *et al.* Petition for writ of certiorari granted. *Peter Palombo, Jr.,* City Solicitor, for petitioner. *Thomas S. Hogan,* for respondents.

M. P. No. 75-115. RALPH GILBERT *et al. v.* TRAVELERS INDEMNITY COMPANY *et al.* Petition for writ of certiorari is granted, and the writ may issue forthwith. See *Borland* v. *Dunn,* 113 R. I. 337, 321 A.2d 96 (1974). *Abatuno & Chisholm, Vincent J. Chisholm,* for petitioners. *Keenan, Rice, Dolan, Reardon & Kiernan, Frederick A. Reardon,* for respondent Travelers Indemnity Company.

M. P. No. 75-126. IN RE JOHN M. RONEY. Petition for admission to the bar without examination is assigned to the calendar for Thursday, May 22, 1975, for oral argument. *Winograd, Shine & Zacks, Cary J. Coen,* for petitioner. *Alfred B. Stapleton,* Chairman, Board of Bar Examiners.

M. P. No. 75-137. MICHAEL O. MASSEY *v.* JAMES W. MULLEN, *Warden.* Respondent is directed to file his answer to the petition for writ of habeas corpus and to the motion for admission to bail and therein to *show cause,* if any he has, why the writ should not issue as prayed and why petitioner should not be admitted to bail, said answer to be made in compliance with the provisions of Rule 14. *William F. Reilly,* Public Defender, *Allegra E. Munson,* Asst. Public Defender, for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

C. A. No. 73-243. STATE *v.* ARTHUR V. FALES. Petition for reargument denied. *Julius C. Michaelson,* Attorney General, *William G. Brody,* Special Asst. Attorney General, for petitioner. *Raymond J. Daniels,* for respondent.

C. A. No. 74-250. STATE *v.* LUCILLE HASNEY. Motion of State to affirm the judgment and order of the Superior Court pursuant to Rule 16(g) is denied. Paolino, J. not participating. *Julius C. Michaelson,* Attorney General, *Judith Romney Weg-*